

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00623-CV

**THE CITY OF SAN ANTONIO**,
Appellant

v.

**THE ROGERS SHAVANO RANCH, LTD.**, Rogers 1604 Commercial, Ltd., Bitterblue, Inc.,
and Denton Development Corporation,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-14306
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and the claim by the appellees against the City of San Antonio for attorney's fees is DISMISSED. It is ORDERED that the appellant recover its costs of this appeal from the appellees.

SIGNED February 19, 2014.

_____
Catherine Stone, Chief Justice